```
1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. S-08-392 GEB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) | MODIFYING PRE-TRIAL RELEASE |
| v. | ) | CONDITIONS |
| | ) | |
| JUAN GABRIEL ALVAREZ, | ) | |
| | ) | |
| Defendant. | ) | Hon. Dale A. Drozd |

The parties jointly request that the Court modify the existing release order and add the following pre-trial release conditions:

13. You shall participate in the following home confinement program components and abide by all the requirements of the program which (X) will or ( ) will not include electronic monitoring.

    **CURFEW:** You are subject to a curfew daily, as directed by the pretrial services officer.

1

1
2   14.   You shall, in accordance with this release order, have a
3         home monitoring unit installed in your residence, a radio
4         frequency transmitter device attached to your person, and
5         shall comply with all instructions for the use and operation
6         of said devices as given to you by the Pretrial Services
7         Agency and employees of the monitoring company.
8
9         The parties agree that the defendant will report to the
10  Pretrial Services Office on the first business day after he is
11  released from custody to meet with his Pretrial Services Officer
12  about these new conditions.
13
14                                      Respectfully Submitted,
15                                      McGREGOR W. SCOTT
                                        United States Attorney
16
17  Dated: August 29, 2008          By: /s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
18                                      Assistant U.S. Attorney
19
    Dated: August 29, 2008          By: /s/ Erin Radekin
20                                      ERIN RADEKIN
                                        Attorney for defendant
21                                      Juan Gabriel Alvarez
22
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**ORDER**

The conditions for release are modified to include conditions 13 and 14, as detailed above. The defendant will report to the Pretrial Services Office on the first business day after he is released from custody to meet with his Pretrial Services Officer about these new conditions.

IT IS SO ORDERED.

Dated: *August 31, 2008*

*Dale A. Drozd*
DALE A. DROZD
United States Magistrate Judge