**FILED**
August 29, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. CR. S-08-0392 GEB |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| JUAN GABRIEL ALVAREZ, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JUAN GABRIEL ALVAREZ, Case No. CR. S-08-0392 GEB, Charge Title 21 USC § 846; 841 (a)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_   Release on Personal Recognizance

    X   Bail Posted in the Sum of $ 160,000 ($102,000 secured by available equity in brother and sister's home).

        X   Unsecured Appearance Bond  ($58,000 remaining balance)

        \_\_   Appearance Bond with 10% Deposit

        \_\_   Appearance Bond with Surety

        \_\_   Corporate Surety Bail Bond

        X   (Other)   with supervision and conditions of release as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on August 29, 2008 at 3:30 p.m.

By _____
Dale A. Drozd
United States Magistrate Judge