THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Juan G. Alvarez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:08-CR-00392-GEB and 2:08-CR-00570-GEB |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING |
| JUAN GABRIEL ALVAREZ | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference regarding the Judgment and Sentencing scheduled for September 14, 2012, at 9:00 a.m. is continued to October 19, 2012, at 9:00 a.m. in the same courtroom. Michael M. Beckwith, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this continuance.  Mr. Johnson recently substituted into the case and needs additional time to prepare.  Additionally, Mr. Beckwith is currently in trial before the Honorable William B. Shubb.

**IT IS SO STIPULATED.**

DATED:  September 10, 2012        By:    /s/ Thomas A. Johnson
                                         THOMAS A. JOHNSON
                                         Attorney for Defendant
                                         Juan G. Alvarez

1  DATED: September 10, 2012        BENJAMIN WAGNER
                                    United States Attorney

2                              By:  /s/ Thomas A. Johnson for
3                                   Michael M. Beckwith
                                    Assistant United States Attorney

4  **IT IS SO ORDERED.**

5  **Date: 9/12/2012**

6

7  _____
   GARLAND E. BURRELL, JR.
8  Senior United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28