THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>vs.<br><br>JUAN GABRIEL ALVAREZ,<br>  Defendant. | Case No.: 2:12-cr-00188-GEB,<br>  2:08-cr-00392-GEB, and<br>  2:08-cr-00570-GEB<br><br>REQUEST TO SEAL DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL; ORDER GRANTING SEALING REQUEST |

**IT IS HEREBY REQUESTED** that the Court grant an order sealing the Declaration of Counsel in Support of Motion to Withdraw. As set forth in the attached sealed declaration of counsel, the reasons for the motion to withdraw are attorney-client privileged and would invade the work product doctrine and violate counsel's duty of loyalty.

DATED: December 19, 2012          By:   /s/ Thomas A. Johnson
                                         THOMAS A. JOHNSON
                                         Attorney for Defendant
                                         Juan G. Alvarez

**IT IS SO ORDERED.**
**Date: 12/19/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1